**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James M. Corder Jr.** | Social Security number or ITIN  **xxx−xx−2591** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18−10391−TPA**

# Order of Discharge                                                                                             12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James M. Corder Jr.

<u>8/8/18</u>                                                                                       **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-10391-TPA
James M. Corder, Jr.                                                    Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: admin                 Page 1 of 2                  Date Rcvd: Aug 08, 2018
                               Form ID: 318                Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db             +James M. Corder, Jr.,    5341 Edward Street,   Erie, PA 16505-2863
14820113       +Diversified Adjustment Services, Inc,   Dasi-Bankrupcty,    Po Box 32145,
                 Fridley, MN 55432-0145
14820115       +First Saving Bank / Blaze,    Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
14820116       +First Savings Credit Card,    Po Box 5019,   Sioux Falls, SD 57117-5019
14820117       +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14820118       +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJBSPERO.COM Aug 09 2018 05:43:00     Joseph B. Spero,   3213 West 26th Street,
                 Erie, PA 16506-2507
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2018 02:06:57     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14820109       +EDI: GMACFS.COM Aug 09 2018 05:43:00     Ally Financial,   Attn: Bankruptcy,   Po Box 380901,
                 Bloomington, MN 55438-0901
14820110       +EDI: CAPITALONE.COM Aug 09 2018 05:43:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14820111       +EDI: RCSFNBMARIN.COM Aug 09 2018 05:43:00     Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14820112       +EDI: DISCOVER.COM Aug 09 2018 05:43:00     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14820114       +E-mail/Text: kthomas@eriefcu.org Aug 09 2018 02:06:29     Erie Fcu,   1109 E 38th St,
                 Erie, PA 16504-1845
14821192       +EDI: PRA.COM Aug 09 2018 05:43:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14820120       +EDI: RMSC.COM Aug 09 2018 05:43:00     Syncb/Toys R Us,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14820119       +EDI: RMSC.COM Aug 09 2018 05:43:00     Syncb/hhgreg,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14820121       +EDI: RMSC.COM Aug 09 2018 05:43:00     Synchrony Bank/Lowes,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14820122       +EDI: RMSC.COM Aug 09 2018 05:43:00     Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14820123       +EDI: RMSC.COM Aug 09 2018 05:43:00     Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
aty*           +Joseph B. Spero,   3213 West 26th Street,   Erie, PA 16506-2507
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14820133*      +Ally Financial,   Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
14820134*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14820135*      +Credit One Bank,   Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
14820136*      +Discover Financial,   Po Box 3025,   New Albany, OH 43054-3025
14820137*      +Diversified Adjustment Services, Inc,   Dasi-Bankrupcty,    Po Box 32145,
                 Fridley, MN 55432-0145
14820138*      +Erie Fcu,   1109 E 38th St,   Erie, PA 16504-1845
14820139*      +First Saving Bank / Blaze,    Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
14820140*      +First Savings Credit Card,    Po Box 5019,   Sioux Falls, SD 57117-5019
14820141*      +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14820142*      +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433
14820144*      +Syncb/Toys R Us,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14820143*      +Syncb/hhgreg,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14820145*      +Synchrony Bank/Lowes,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14820146*      +Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14820147*      +Synchrony Bank/Walmart,   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                  TOTALS: 1, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: admin              Page 2 of 2               Date Rcvd: Aug 08, 2018
                               Form ID: 318             Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
           jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka   Seelinger   on behalf of Debtor James M. Corder, Jr. rebeka@seelingerlaw.com
                                                                                          TOTAL: 5
```