Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

18

In re:                                                                  Bankruptcy Case No.: 18−10391−TPA

                                                                        Chapter: 7

**James M. Corder Jr.**
   Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 23, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                    Michael R. Rhodes
   U.S. Bankruptcy Court                                               *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   U.S. Courthouse, Room B160
   17 South Park Row
   Erie, PA 16501

Dated: 9/14/18

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 18-10391-TPA
James M. Corder, Jr.                                                Chapter 7
        Debtor            CERTIFICATE OF NOTICE
District/off: 0315-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 14, 2018
                               Form ID: 154                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +James M. Corder, Jr.,    5341 Edward Street,    Erie, PA 16505-2863
14820113       +Diversified Adjustment Services, Inc,    Dasi-Bankrupcty,    Po Box 32145,
                 Fridley, MN 55432-0145
14820115       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
14820116       +First Savings Credit Card,    Po Box 5019,   Sioux Falls, SD 57117-5019
14820117       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14820118       +Quicken Loans,   662 Woodward Avenue,    Detroit, MI 48226-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJBSPERO.COM Sep 15 2018 06:03:00      Joseph B. Spero,    3213 West 26th Street,
                 Erie, PA 16506-2507
14820109       +EDI: GMACFS.COM Sep 15 2018 06:03:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
14820110       +EDI: CAPITALONE.COM Sep 15 2018 06:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14820111       +EDI: RCSFNBMARIN.COM Sep 15 2018 06:03:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14820112       +EDI: DISCOVER.COM Sep 15 2018 06:03:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14820114       +E-mail/Text: kthomas@eriefcu.org Sep 15 2018 02:10:10      Erie Fcu,    1109 E 38th St,
                 Erie, PA 16504-1845
14821192       +EDI: PRA.COM Sep 15 2018 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14820120       +EDI: RMSC.COM Sep 15 2018 06:03:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14820119       +EDI: RMSC.COM Sep 15 2018 06:03:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14820121       +EDI: RMSC.COM Sep 15 2018 06:03:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
14820122       +EDI: RMSC.COM Sep 15 2018 06:03:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14820123       +EDI: RMSC.COM Sep 15 2018 06:03:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
aty*           +Joseph B. Spero,    3213 West 26th Street,    Erie, PA 16506-2507
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14820133*      +Ally Financial,    Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14820134*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14820135*      +Credit One Bank,    Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14820136*      +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14820137*      +Diversified Adjustment Services, Inc,    Dasi-Bankrupcty,    Po Box 32145,
                 Fridley, MN 55432-0145
14820138*      +Erie Fcu,    1109 E 38th St,    Erie, PA 16504-1845
14820139*      +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
14820140*      +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14820141*      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
14820142*      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14820144*      +Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14820143*      +Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14820145*      +Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14820146*      +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14820147*      +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                   TOTALS: 1, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: admin             Page 2 of 2               Date Rcvd: Sep 14, 2018
                               Form ID: 154            Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
               jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Joseph B. Spero     sperolaw@neohio.twcbc.com,   jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger   on behalf of Debtor James M. Corder, Jr. rebeka@seelingerlaw.com
                                                                                              TOTAL: 5
```